**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Geoffrey Farrell Zilberberg**

Case No.: **26−59891−jwj**
Chapter: **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

The above referenced case was filed on July 29, 2026. An Order Regarding Unpaid Filing Fees was issued on July 30, 2026 and the debtor has failed to comply with the terms of that Order. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

The Clerk is directed to serve a copy of this Order on the Debtor(s), Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED,** on August 20, 2026.



Jonathan W. Jordan
United States Bankruptcy Judge

Form 523

United States Bankruptcy Court

Northern District of Georgia

In re: Geoffrey Farrell Zilberberg, Debtor

Case No. 26-59891-jwj

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9 | User: bncadmin | Page 1 of 3

Date Rcvd: Aug 20, 2026 | Form ID: 523 | Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 26047954 | | 1st Digital/Synovust/V7, PO Box 5650, Sioux Falls, SD 57118 |
| 26047952 | + | Current/CRB, 400 Kelby St, Fort Lee, NJ 07024-2943 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: gfz.atl@gmail.com | Aug 20 2026 21:01:00 | Geoffrey Farrell Zilberberg, 971 Davis Drive, Atlanta, GA 30327-4533 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Aug 20 2026 21:08:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | EDI: AISACG.COM | Aug 21 2026 00:38:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 26047958 | + | EDI: APPLIEDBANK.COM | Aug 21 2026 00:38:00 | Applied Bank, PO Box 17125, Wilmington, DE 19850-7125 |
| 26029769 | + | EDI: TCISOLUTIONS.COM | Aug 21 2026 00:38:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 26047955 | | Email/Text: cfcbackoffice@contfinco.com | Aug 20 2026 21:08:00 | TBOM/Contfin, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 26047950 | + | Email/Text: nreimer@clearcreekcounty.us | Aug 20 2026 21:09:00 | Clear Creek County Treasurer, & Public Trustee, PO Box 2000, Georgetown, CO 80444-2000 |
| 26047960 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2026 21:11:10 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 26063461 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 21:11:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26064619 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2026 21:11:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 26047961 | | Email/Text: ml-ebn@missionlane.com | Aug 20 2026 21:07:00 | Mission Lane Tab Bank, 1504 Belleville St, Richmond, VA 23230 |
| 26047951 | + | EDI: CBS7AVE | Aug 21 2026 00:39:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 26047953 | + | EDI: AMINFOFP.COM | Aug 21 2026 00:38:00 | Premier Bankcard, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 26031700 | | EDI: Q3G.COM | Aug 21 2026 00:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 26031735 | | EDI: Q3G.COM | | |

| | | | |
|---|---|---|---|
| | | Aug 21 2026 00:38:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 26029745 | ^ MEBN | Aug 20 2026 21:04:44 | Synovus Bank, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 26047957 | + EDI: TCISOLUTIONS.COM | Aug 21 2026 00:38:00 | TBOM/VT, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |
| 26047959 | + EDI: TCISOLUTIONS.COM | Aug 21 2026 00:38:00 | Total Visa/TBOM/VT, 10182 Telesis Ct, Ste 300, San Diego, CA 92121-4777 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 26047956 | | Resurgent Acquisitions LLC |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nancy J. Whaley | ecf@njwtrustee.com |

Thomas M. Nicely
on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com

TOTAL: 2